Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−16947−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Khesha Kelly
   aka Khesha Alsbrook Kelly
   12 New St
   Middlesex, NJ 08846−1431

Social Security No.:
   xxx−xx−9720

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          10/11/23
Time:          10:00 AM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: August 24, 2023
JAN: mmf

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-16947-MBK |
| Khesha Kelly | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 24, 2023 | Form ID: 132 | Total Noticed: 16 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Khesha Kelly, 12 New St, Middlesex, NJ 08846-1431 |
| 519995948 | Medemerge Medical Associates, PO Box 890, Dunellen, NJ 08812-0890 |
| 519995952 | Tempoe LLC, 7755 Montgomery Rd Ste 400, Cincinnati, OH 45236-4197 |
| 519995954 | Velero, 1 Valero Way, San Antonio, TX 78249-1616 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Aug 24 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 24 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519995942 | Email/Text: bankruptcy@sccompanies.com | Aug 24 2023 20:39:00 | Ashro, P.O. Box 2826, Monroe, WI 53566-8026 |
| 519995943 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 24 2023 21:30:53 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519995944 | Email/Text: BKBCNMAIL@carringtonms.com | Aug 24 2023 20:37:00 | Carrington Mortgage Servicer, P.O. Box 54285, Irvine, CA 92619-4285 |
| 519995945 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 24 2023 20:38:00 | Comenity Bank / Overstock, PO Box 659707, San Antonio, TX 78265-9707 |
| 519995946 | Email/Text: bankruptcy@sccompanies.com | Aug 24 2023 20:39:00 | Country Door, c/o Creditors Bankruptcy Service, PO Box 800849, Dallas, TX 75380-0849 |
| 519995947 | Email/Text: bankruptcies@lead.bank | Aug 24 2023 20:37:00 | Lead Bank, 1801 Main St, Kansas City, MO 64108-2352 |
| 519995949 | Email/Text: bankruptcy@sccompanies.com | Aug 24 2023 20:39:00 | Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 519995950 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 24 2023 21:31:57 | Synchrony Bank / Care Credit, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 519995951 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 24 2023 21:31:06 | Synchrony Bank/Zully, P.O. Box 965060, Attn: Bankruptcy Department, Orlando, FL 32896-5060 |
| 519995953 | Email/Text: bknotice@upgrade.com | Aug 24 2023 20:37:00 | Upgrade, Inc., 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Frederick J. Simon | on behalf of Debtor Khesha Kelly simonmonahan216@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4