Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−16947−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Khesha Kelly
   aka Khesha Alsbrook Kelly
   12 New St
   Middlesex, NJ 08846−1431

Social Security No.:
   xxx−xx−9720

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/11/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 11, 2023
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-16947-MBK |
| Khesha Kelly | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 11, 2023 | Form ID: 148 | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Khesha Kelly, 12 New St, Middlesex, NJ 08846-1431 |
| 519995948 | Medemerge Medical Associates, PO Box 890, Dunellen, NJ 08812-0890 |
| 519995952 | Tempoe LLC, 7755 Montgomery Rd Ste 400, Cincinnati, OH 45236-4197 |
| 519995954 | Velero, 1 Valero Way, San Antonio, TX 78249-1616 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 11 2023 21:07:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 11 2023 21:07:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519995942 | | EDI: CBS7AVE | Oct 12 2023 00:57:00 | Ashro, P.O. Box 2826, Monroe, WI 53566-8026 |
| 520019272 | + | EDI: CBS7AVE | Oct 12 2023 00:57:00 | Ashro Lifestyle, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519995943 | + | EDI: CAPITALONE.COM | Oct 12 2023 00:57:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519995944 | | Email/Text: BKBCNMAIL@carringtonms.com | Oct 11 2023 21:05:00 | Carrington Mortgage Servicer, P.O. Box 54285, Irvine, CA 92619-4285 |
| 520023102 | + | Email/Text: BKBCNMAIL@carringtonms.com | Oct 11 2023 21:05:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 519995945 | | EDI: WFNNB.COM | Oct 12 2023 00:57:00 | Comenity Bank / Overstock, PO Box 659707, San Antonio, TX 78265-9707 |
| 519995946 | | EDI: CBS7AVE | Oct 12 2023 00:57:00 | Country Door, c/o Creditors Bankruptcy Service, PO Box 800849, Dallas, TX 75380-0849 |
| 519995947 | | Email/Text: bankruptcies@lead.bank | Oct 11 2023 21:05:00 | Lead Bank, 1801 Main St, Kansas City, MO 64108-2352 |
| 520046503 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 11 2023 21:19:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520043873 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 11 2023 21:07:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519995949 | | EDI: CBS7AVE | Oct 12 2023 00:57:00 | Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 520019271 | + | EDI: CBS7AVE | Oct 12 2023 00:57:00 | Midnight Velvet, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519995950 | | EDI: RMSC.COM | Oct 12 2023 00:57:00 | Synchrony Bank / Care Credit, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 11, 2023 | Form ID: 148 | Total Noticed: 21 |

| 519995951 | EDI: RMSC.COM | Oct 12 2023 00:57:00 | Synchrony Bank/Zully, P.O. Box 965060, Attn: Bankruptcy Department, Orlando, FL 32896-5060 |
| 519995953 | Email/Text: bknotice@upgrade.com | Oct 11 2023 21:05:00 | Upgrade, Inc., 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520019270 | *+ | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 13, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Frederick J. Simon | on behalf of Debtor Khesha Kelly simonmonahan216@gmail.com |
| Thomas M. Monahan | on behalf of Debtor Khesha Kelly simonmonahan216@gmail.com tommon1@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5